| | |
|---|---|
| Name | Chad Creel |
| Street Address | 3700 Morse Avenue #31 |
| City and County | Sacramento, Sacramento County |
| State and Zip Code | CA 95821 |
| Telephone Number | 530-205-3638 |





IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Chad Michael Creel

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Sacramento County Sheriff's Department

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No: 2:22 CV 1058 TLN KJN PS
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Chad Michael Creel |
   | Street Address | 3700 Morse Avenue #31 |
   | City and County | Sacramento, Sacramento County |
   | State and Zip Code | CA 95821 |
   | Telephone Number | 530-205-3638 |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Sacramento County Sheriff's Department |
   | Job or Title (if known) | |
   | Street Address | 4500 Orange Grove Ave |
   | City and County | Sac, CA |
   | State and Zip Code | |
   | Telephone Number | |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Sacramento County main Jail |
   | Job or Title (if known) | |
   | Street Address | 651 I Street |
   | City and County | Sac, CA |
   | State and Zip Code | |
   | Telephone Number | |

2

Defendant No. 3

Name: Officer Drummond
Job or Title (if known): Badge #1046
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 4

Name: Officer Jackson
Job or Title (if known): Badge #29
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 5

Name: Officer Herold
Job or Title (if known): Badge #842
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 6

Name: Officer Bickley
Job or Title (if known): Badge #133
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 7

- Name: Officer Campa
- Job or Title (if known): Badge #711
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Defendant No. 8

- Name: Office Riggin
- Job or Title (if known): Badge #813
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Defendant No. 9

- Name: Officer Herein
- Job or Title (if known): Badge #1118
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Defendant No. 10

- Name: Officer Boswell
- Job or Title (if known): Badge #30
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Defendant No. ~~A~~ 1

    Name: officer Seitz
    Job or Title (if known): Badge #1213
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:

Defendant No. ~~X~~ 2

    Name: officer Tamayo
    Job or Title (if known): Badge #66
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Case #1 - Dec 2019 - I was sitting it in the parking lot of Taco Bell waiting for my friend to come out and a police car pulled up behind. I did not realize they were actually trying to get my attention and so I started to get out the car and was met with a gun and being yelled at by the officers. I cursed at them because all I was doing was sitting in my car. I was then pulled out my car and slammed against their police car. More officers started to arrive and I was handcuffed roughly and put into the back seat of the patrol car. I repeatedly asked for their supervisor and was denied. I continued to yell at them from the backseat of the cop car and they took me out of the car and hog-tied me while feeling me up inappropriately. My friend who I was waiting for came outside to assist me and they told him to shut up. They wouldn't let him take my car even though he has a DL so my car ended up having to be impounded. Upon reaching the jail the officers were bullying me and making fun of my disabilities. They told the other inmates in the holding cell that if they did not keep me quiet than they would get in trouble. Basically blackmailing them to intimidate me.

Case #2 - Aug 2021 - I woke up to my neighbors throwing coal onto my mobile home yelling that I was trying to catch their home on fire. The night before, I had started a fire in my fire-pit. Completely safe and they had no issues with me doing so. So when I woke up the next day and they guy was throwing stuff at my house I came out my trailer wielding my sword because he was threatening me with his shovel. Next thing I know, his whole family jumped me and proceeded to beat me up and caused me an injury on my head that I still have a scar from. We both ended up calling the cops but because my neighbors family all lied, they ended up saying I started the situation and attacked them with a sword. I was the one arrested. I spent three days in jail, the conditions were disgusting and I was treated unfairly all because the cops chose to believe my neighbors and not me. The charges were dropped but the damage had already been done. I have named all the officers I could get information for both of the claims. Some info was purposely not given to me once they knew I was going to try and sue.

5

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attached damages and dollar amounts requested (Documents A & B)

**V.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff   *Chad Creel*
Printed Name of Plaintiff   Chad M Creel

 Gmail

Fri, Jun 10, 2022 at 11:55 AM



(Document A)

Sacramento County Sheriff Office
4500 Orange Grove Avenue Sacramento, CA 95841

Sacramento main jail
651 I St, Sacramento, CA 95814

Officer Jackson #29 (unknown Officers on field and jail)

This is to notify you of civil charges being filled agents you for the following damages
Loss of motor Vehicle 5,000
Emotional Trama and distress 15,000.00
Obsessive's force 4,000
Harassment/sexual assault 10,000.00
Blackmail thru the use of violence and intimidation 20,000.00
Refusal of medical and mental treatment 3,500
False arrest 5,000
Discrimination and assault of a disable citizen 9,000
Filing false charges 25,000
False imprisonment and detainment 10,000.00
Pet sitting and gas to get home and around and reimbursement for new motor Vehicle 2,500
Physical and injury on wrists 3,000
Retaliation 15,000.00
Conspiracy 50,000.00
Total charges 186,000

279 326 8336
530 205 3638
ChadCreel1992@YAHOO.COM
3700 Morse Ave #31 Sacramento CA 95821

On Friday, June 10, 2022, 11:52:34 AM PDT, Chad Creel <chadcreel1992@yahoo.com> wrote:

Fri, Jun 10, 2022 at 11:56 AM

Sacramento County Sheriff Office

4500 Orange Grove Avenue

Sacramento, CA 95841

Sacramnto County Main Jail

Address: 651 I St, Sacramento, CA 95814

Report number 21/249944

Officer involved

officer campa 711 officer riggin 813 officer Harein 1118 officer Bickley 133 officer Drummond 1046 officer Herold 842 officer Boswell 30 officer Seitz 1213 tamayo #66 (unknown officer)

(Document B)

This as an attempt to collect damages and compensation and the demand setellemt is as show bellow

False Arrests 30.000
Physical injury/scar 20,00.00
Inhuman treatment 30,000.00
Emotional distress and Trama 30,00.00
Failed medical treatment 10,000.00
Harassment/teasing a disable person 4,000.00
Fees for dog care while incarcerated 150.00
Lost supplies from my mentor before he went to a dump run 2,000
Lost hours at work 369.00
Vehicle gasoline charges to get property 25.00
Conspiracy 50,000.00
Housinging in a unsfe unclean inviroment and unsafe food and water with no bed 4,000.00
freedom of information violation $6,000
second admiment and self defince violation 20,000
Total charges $176,544



Chadcreel1992@yAHOO.COM
3700 Morse Ave #31 Sacramento Ca 95821
530 205-3638
279-326-8336

[Quoted text hidden]