1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHAD CREEL,                                No.  2:22-cv-01058-TLN-KJN

12                  Plaintiff,

13         v.                                   **ORDER**

14   SACRAMENTO COUNTY SHERIFF'S
     DEPARTMENT, et al.,
15

16                  Defendants.

17          On July 5, 2022, the magistrate judge filed findings and recommendations, (ECF No. 3),

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within fourteen days.  On July 12, 2022, Plaintiff filed

20   objections to the findings and recommendations, (ECF No. 4), which have been considered by the

21   Court.

22          This Court reviews de novo those portions of the proposed findings of fact to which an

23   objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

24   *Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981); *see also Dawson v. Marshall*, 561 F.3d

25   930, 932 (9th Cir. 2009).  As to any portion of the proposed findings of fact to which no objection

26   has been made, a court assumes its correctness and decides the matter on the applicable law.  *See*

27   *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of

28   law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th

1  Cir. 1983).

2      The Court has reviewed the applicable legal standards and, good cause appearing,

3  concludes that it is appropriate to adopt the findings and recommendations in full.

4      Accordingly, IT IS HEREBY ORDERED that:

5  1.  The Findings and Recommendations filed July 5, 2022, (ECF No. 3), are adopted in full;

6  2.  The action is DISMISSED with prejudice; and

7  3.  The Clerk of Court is directed to close this case.

8  **DATED:  July 22, 2022**

Troy L. Nunley
United States District Judge

2